UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BURTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAILA DARBY, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-03034 KJM AC<br><br><br><br>ORDER |

　　　　Plaintiff, appearing in pro se, filed a complaint and requested to proceed in forma pauperis on December 28, 2023. ECF Nos. 1, 2. On January 31, 2024, the undersigned granted plaintiff's motion to proceed in forma pauperis and instructed plaintiff to complete and submit service documents to the U.S. Marshals within 15 days, and to file a statement with the court regarding the submission of documents. ECF No. 3.  Plaintiff did not timely file a notice with the court regarding the submission of service documents, and the court issued an order to show cause why the case should not be dismissed for failure to prosecute.  ECF No. 9.  Plaintiff complied with the order and filed service documents, automatically discharging the order to show cause.  ECF No. 10

　　　　Plaintiff now moves to remove incorrectly filed documents from the docket.  ECF No. 11. The court has reviewed plaintiff's filing and finds that no documents need to be removed or

////

sealed. Plaintiff does not identify any basis for removing or sealing anything on the docket. The motion at ECF No. 11 is therefore DENIED.

DATED: March 14, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE