UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BURTON, | No. 2:23-cv-3034 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| LAILA DARBY, et al., | |
| Defendants. | |

Plaintiff proceeds in this action pro se. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

On February 6, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 32. Plaintiff has filed objections to the findings and recommendations. ECF No. 34.p

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 6, 2025 (ECF No. 32), are adopted in full; and

/////

2. Defendants Laila Darby and Ibra Henley are dismissed from this case without prejudice for failure of service in accordance with Fed. R. Civ. P. 4(m).

DATED: March 14, 2025.

UNITED STATES DISTRICT JUDGE