UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BURTON, | No. 2:23-cv-03034 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, | |
| Defendant. | |

Before the court are pro se plaintiff Stanley Burton's motion to compel expert discovery (ECF No. 45) and motion for an extension of time to complete expert discovery (ECF No. 46), each signed and filed December 8, 2025. ECF No. 45 at 6, ECF No. 46 at 2. In this case, all fact discovery was to be completed by September 17, 2025. ECF No. 33. Initial expert disclosures were due on or before November 5, 2025, and rebuttal expert disclosures were due on or before December 3, 2025. Id. Plaintiff's motion for an extension of time to complete expert discovery states that additional time is needed because the experts he served discovery upon have not responded to his requests. ECF No. 37 at 1-2.

The court has reviewed both motions and finds that they do not warrant relief. Plaintiff seeks to compel expert testimony from professionals to whom he served by certified mail a "request for expert opinion." ECF No. 45. Plaintiff attached copies of what he sent, which read as requests for documents from third parties. See, e.g. ECF No. 45 at 13. It is clear that plaintiff

1

has not retained any experts, and his attempt at "expert discovery" in this matter was improperly executed such that the recipients of the requests cannot be expected to respond. Though the court is cognizant of the challenges that accompany plaintiff's pro se status, there is no good cause to re-open discovery or to compel expert discovery.

Plaintiff's motion for an extension of time (ECF No. 46) is DENIED for lack of good cause and his motion to compel expert discovery (ECF No. 45) is DENIED as untimely. The parties are free to continue to engage in informal negotiations regarding discovery, but the right to seek enforcement by this court concluded no later than December 3, 2025. ECF No. 33.

IT IS SO ORDERED.

DATED: December 10, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE