UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BURTON, | No.  2:23-cv-3034 DAD AC PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, | |
| Defendant. | |

Plaintiff is proceeding in this action in pro se.  Pre-trial matters are accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  On February 27, 2026, defendant filed a motion for summary judgment to be heard on April 8, 2025.  ECF No. 50.  Defendant submitted a statement of undisputed facts (ECF No. 50-2), as required by E.D. Cal. Local Rule 260(a).  Plaintiff filed an opposition to the motion on March 18, 2026.  ECF No. 53.  Plaintiff did not, however, comply with Local Rule 260(b), which requires a party opposing a motion for summary judgment to "reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial."

Because plaintiff's opposition to the motion for summary judgment is incomplete, IT IS

1

HEREBY ORDERED that the hearing date of April 8, 2026, is VACATED to be re-set as necessary. The hearing on defendant's accompanying motion to strike (ECF No. 51), set to be heard in conjunction with the motion for summary judgment, is likewise VACATED to be re-set as necessary.

Plaintiff is ORDERED to submit the response to the statement of undisputed facts required by Local Rule 260(b), in the correct form, within 30 days of this order so that the motion for summary judgment can be properly considered.

IT IS SO ORDRED.

DATED: March 24, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE